*90cv 829 Colonial*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: COLONIAL LIMITED         :   Civ. No. H-90-CV-829(AVC)
PARTNERSHIP LITIGATION          :

## ORDER OF FINAL DISPOSITION
## OF UNCLAIMED FUNDS

Upon the plaintiffs' motion for an order authorizing the final disposition of unclaimed settlement funds, together with a memorandum in support, affidavit of Jo-Ellen Morman and declaration of William H. Clendenen, Jr., all establishing good cause:

IT IS HEREBY ORDERED that the balance of $451,679.79, the sum remaining in the settlement accounts related to the following defendants: Tarlow, Levy Harding & Droney; Kostin & Co.; Cushman & Wakefield, Inc.; Sorokin & Sorokin, P.C.; TGI-RFA, Inc.; Pacowta, Fournier & Maunsell; Arthur Anderson & Co.; Advest Group, Inc.; and Schnidman, Barron & Co., P.C., may be distributed as requested by counsel for the plaintiffs and the class to the following charities in the following amounts: $112,914.95 to The Connecticut Bar Foundation for its programs; $112,914.95 to New Haven Legal Assistance Association, Inc.; $112,914.95 to Greater Hartford Legal Aid; $112,914.94 to Connecticut Legal Services; and that, when such payments and contributions have been made, the settlement administration in

this litigation shall be concluded and the Administrator is authorized to destroy its files concerning the settlement administration.

So ordered this 28th day of April, 2011 at Hartford, Connecticut.

/s/ Alfred V. Covello, USDJ
_____
Alfred V. Covello,
United States District Judge